FEB. 1801

White
vs.
Casanave.

# GENERAL COURT, (E. S.) APRIL TERM, 1801.

### GLASSGOW's Adm'r. vs. PORTER, et. al.

Two actions of debt on two bonds, dated the 2d of March 1771, one of them payable the 1st of May 1771, and the other payable the 1st of May 1777. The writs issued on the 21st of January 1793. The defendants pleaded the *act of limitations.* Replications, the intestate and administrator *beyond seas,* viz. in *Pennsylvania.*

*The act of limitations does not begin to operate until the expiration of the time limited for the payment of the money secured to be paid by the bond, &c.*

*Harper,* for the defendants, contended, that the act of limitations operated from the date of the bond, and not from the time of payment. He cited the act of 1715, *ch.* 23, *s.* 6, which declares that no bond shall be good and pleadable, or admitted in evidence, after the principal debtor or creditor have been both dead twelve years, "or the debt or thing in action above twelve years standing"—meaning, he contended, the debt or thing in action created by the bond.

CHASE, Ch. J. The court are of opinion, that the act of limitations does not begin to operate until the expiration of the time limited for the payment of the money.

*David, Alexander,* and *Jas. Scott,* for the plaintiff.
*Key, Harper* and *Barroll,* for the defendants.